# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2016

154466 & (14)

*In re* DAVIS

_____

ROBERT DAVIS and DESMOND M.WHITE,
      Plaintiffs-Appellants,

v

WAYNE CIRCUIT COURT JUDGE and
WAYNE CIRCUIT COURT,
      Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 154466
COA: 334869

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 21, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2016



Clerk

p0923